**THIRD DIVISION**
**ELLINGTON, P. J.,**
**ANDREWS and RICKMAN, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**November 3, 2017**

# In the Court of Appeals of Georgia

A17A0971, A17A0972; BRUCE NELSON, EXECUTOR OF THE  RI-037, 038
WILL OF ELOISE NELSON, DECEASED v. CARING
COMPANIONS, INC.; and vice versa.

RICKMAN, Judge.

In this case, the following circumstances exist and are dispositive of the appeal:

(1) The evidence supports the judgment;

(2) No reversible error of law appears, and an opinion would have no precedential value; and

(3) The judgment of the court below adequately explains the decision.

The judgment of the court below therefore is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Ellington, P. J., and Andrews, J., concur.*